IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARRIE MEHR,<br><br>     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Case No. 1:22-cv-00058-TC-CMR<br><br>District Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

On September 26, 2022, Magistrate Judge Romero issued a Report and Recommendation (R&R) in this case. ECF No. 19. In the R&R, Magistrate Judge Romero recommends that the court grant Defendant Commissioner Kijakazi's (Commissioner) Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 18. For reasons discussed below, the Court adopts the Magistrate Judge's recommendation.

In Social Security actions, the court has the power to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand under sentence four of 42 U.S.C. § 405(g). Here, the Commissioner requests the court enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings, stating that the "agency has further reviewed Plaintiff's case and determined that remand for further proceedings is warranted." ECF No. 18 at 1. The Commissioner's motion requesting that the court exercise its sentence four power is unopposed. ECF No. 18 at 2 ("Counsel for the Commissioner conferred with counsel for Plaintiff, who stated that Plaintiff has no objection to the relief sought in this motion.").

Based on the above, the court **ADOPTS** Magistrate Judge Romero's recommendation that the Motion be GRANTED, and **ORDERS** that the case be REVERSED and REMANDED to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in Shalala v. Schaefer, 509 U.S. 292, 296–302 (1993).

DATED this 26th day of September, 2022.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge